THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Lee Roy Wright, Appellant.
 
 
 

Appeal From Greenville County
 Charles B. Simmons, Jr., Special Circuit Court Judge

Unpublished Opinion No. 2005-UP-569
Submitted October 3, 2005  Filed October 27, 2005   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Lee Roy Wright appeals his conviction for one count of distribution of crack cocaine and one count of distribution of crack cocaine within proximity of a park.  The trial court sentenced Wright to ten years on each count, to be served concurrently.  Wright alleges the trial court lacked subject matter jurisdiction due to a defective indictment, the trial court erred in not applying his time in the drug court program to his sentence, and the trial court erred in requiring he serve eighty-five per cent of his sentence before being eligible for parole.  
After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Wrights appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, BEATTY, and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.